UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

JESUS CATE, individually and as personal representative of CAROL CATE, deceased,

Plaintiff,

vs.

JANSSEN PHARMACEUTICA, INC., A New Jersey corporation, JOHNSON & JOHNSON COMPANY, a New Jersey company, JOHN DOES 1-5, real names unknown.

Defendants.

File No. 01-1247 (PAM/SRN)

**STIPULATION AND ORDER OF EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for Defendant Johnson & Johnson to answer or otherwise plead in response to the Complaint in the above-entitled action is hereby extended until the Conditional Transfer Order to MDL-1355 becomes final and until the responsive pleading deadline is established by the MDL court as directed under the MDL Pretrial Order No. 1. This Stipulation and Order is without prejudice to further negotiations and/or further

FILED JUL 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

applications to the Court regarding an additional extension of time to answer or otherwise plead in response to the Complaint.

**ROBINSON CALCAGNIE & ROBINSON**

Gale D. Pearson, #244673
1012 Grain Exchange Building
400 South Fourth Street
Minneapolis, MN 55415
(612) 332-0351

Stephen J. Randall
RANDALL & SCHUMACHER, PA
1012 Grain Exchange Building
400 South Fourth Street
Minneapolis, MN 55415

Mike Adams
BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.
40 Inverness Drive East
Engleweed, Colorado 8012

**Attorneys for Plaintiff**

**FAEGRE & BENSON LLP**

Joseph M. Price, ## 88201
Sonia Miller-Van Oort, #278087
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 336-3000
**Attorneys for Defendant**

SO ORDERED:

The Honorable July 26, 2001
United States Magistrate Judge

M2:20398338.01

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500