A CERTIFIED TRUE COPY

AUG 17 2001

ATTEST [signature]
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG 21 AM 11:35

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

AUG 01 2001

FILED
CLERK'S OFFICE

*DOCKET NO. 1355*

01-1247PAM/SRN

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE PROPULSID PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-25)***

On August 7, 2000, the Panel transferred one civil action to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 145 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Louisiana for the reasons stated in the order of August 7, 2000, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature: Michael J. Beck]
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG 17 2001

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
AUG 22 2001
[signature]
New Orleans, LA

FILED AUG 27 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Fee
Process
X Dktd
CtRmDep
Doc.No.

5

# SCHEDULE CTO-25 TAG ALONG CASES
# DOCKET NO. 1355
# IN RE PROPULSID PRODUCTS LIABILITY LITIGATION

SECT. L MAG. 3

| DISTRICT | DIV. | CIVIL ACTION# | | | |
|---|---|---|---|---|---|
| ALABAMA SOUTHERN | | | | | |
| ~~ALS~~ | ~~1~~ | ~~01-520~~ | ~~Henson, etc. v. Johnson & Johnson, et al.~~ | OPPOSED 8/15/01 | |
| CALIFORNIA NORTHERN | | | | | |
| CAN | 5 | 01-20677 | Sheffie, et al. v. Johnson & Johnson, et al. | | 01-2560 |
| FLORIDA SOUTHERN | | | | | |
| FLS | 9 | ~~01-8765~~ 01-8675 | Salony v. Johnson & Johnson, et al. | | 01-2561 |
| MASSACHUSETTS | | | | | |
| MA | 1 | 01-11163 | Savoie, etc. v. Johnson & Johnson Corp., et al. | | 01-2562 |
| MINNESOTA | | | | | |
| MN | 0 | 01-1247 | Cate, etc. v. Janssen Pharmaceutica, Inc., et al. | | 01-2563 |
| MISSOURI WESTERN | | | | | |
| MOW | 2 | 01-4096 | Boone, et al. v. Johnson & Johnson Co., et al. | | 01-2564 |
| OHIO SOUTHERN | | | | | |
| OHS | 2 | 01-654 | Wheeler, etc. v. Johnson & Johnson, Inc., et al. | | 01-2565 |
| TEXAS EASTERN | | | | | |
| TXE | 2 | 01-142 | Toliver, et al. v. Johnson & Johnson Co., et al. | | 01-2566 |
| TXE | 6 | 01-318 | Cooksey, et al. v. Johnson & Johnson Co., et al. | | 01-2567 |
| VIRGINIA EASTERN | | | | | |
| VAE | 3 | 01-448 | Hickman, etc. v. Johnson & Johnson Corp., et al. | | 01-2568 |
| VIRGINIA WESTERN | | | | | |
| VAW | 1 | 01-88 | Greer v. Johnson & Johnson Co., et al. | | 01-2569 |